# United States Bankruptcy Court

### Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                    CASE NO: 1−07−44462−ess

   Juan A. Paulino and Alexia Santana

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer                    CHAPTER: 7
ID No.:

   xxx−xx−4019                              xxx−xx−6504
            DEBTOR(s)

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Debra Kramer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Elizabeth S. Stong
United States Bankruptcy Judge

Dated: February 25, 2008

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0207-1        User: pmillet          Page 1 of 1              Date Rcvd: Feb 25, 2008
Case: 07-44462             Form ID: 205            Total Served: 2
```

```
The following entities were served by first class mail on Feb 27, 2008.
tr          +Debra Kramer,   Debra Kramer, PLLC,   98 Cutter Mill Road,   Suite 466 South,
             Great Neck, NY 11021-3006
smg         +Diana Adams,   Office of the United States Trustee,   271 Cadman Plaza East,
             Brooklyn, NY 11201-1820
```

```
The following entities were served by electronic transmission.
NONE.                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2008**                    **Signature:**